Case No. **CV 17-7961-JFW (Ex)**     Date: February 13, 2018

Title: TCI Business Capital, Inc. -v- Eclipse Berry Farms, LLC

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                   None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION**

     In the absence of any response to the Court's Order filed on January 29, 2018 (Docket No. 14) and the Plaintiff's failure to timely file the Joint Rule 26(f) Report as required by the Court's Order filed on November 15, 2017 (Docket No. 11), this action is hereby **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). The Scheduling Conference, currently on calendar for February 26, 2018, is **VACATED**.

     IT IS SO ORDERED.